NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MILLIONWAY INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**BLACK RAPID, INC.,**
*Defendant-Appellee.*

———————————

2014-1204

———————————

Appeal from the United States District Court for the Southern District of Texas in No. 4:13-cv-01780, Judge Gray H. Miller.

———————————

**JUDGMENT**

———————————

DAVID FINK, Fink & Johnson, of Houston, Texas, argued for plaintiff-appellant.

WARREN J. RHEAUME, Davis Wright Tremaine LLP, of Seattle, Washington, argued for defendant-appellee. With him on the brief was BENJAMIN J. BYER. Of counsel was JAMES HARLAN CORNING.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 8, 2014 | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |